

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SECURITY SERVICE FEDERAL CREDIT UNION, | § | No. 08-19-00154-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 168th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| MICHELLE RODRIGUEZ, | | |
| | § | (TC# 2018DCV3979) |
| Appellee. | | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion to supplement the clerk's record with pages 23 and 24 of Mr. Garcia's deposition. The motion is GRANTED. Therefore, the Court ORDERS the District Clerk to prepare, certify, and file in this Court a supplemental clerk's record containing pages 23 and 24 of Mr. Garcia's deposition. The supplemental clerk's record is due to be filed no later than November 2, 2019.

IT IS SO ORDERED this 23rd day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.